People of the State of Illinois, Plaintiff-Appellee, v. Ronald Edmonds and Larry J. Edmonds, Defendants-Appellants.

Gen. Nos. 52,392, 52,393. (Consolidated.)

First District, Second Division.

April 15, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty, Assistant Public Defender, of counsel), for appellants; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Gerald L. Rohrer, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.